# EXHIBIT A

1560435-01

**SERVPRO** — Authorization to Perform Services and Direction of Payment

Customer Name: Barney's Education Center    Date of Loss: 8/29/11
Loss Address: 55 Main St. + 44 Washington
City: Paterson    State: NJ    Zip: 07501
Client: _____    Claim Number (if available): _____

The undersigned client, being the building owner, owner's representative, or resident, authorizes the Provider identified below to perform any and all necessary cleaning and/or restoration services on Client's property located at the property address above, and with respect to items that need to be cleaned at a remote location to remove and clean such items as necessary.

Client authorizes _____ Insurance Company, herein referred to as "Insurance Company," to pay Provider solely and directly for that portion of the work covered by Client's insurance policy.

If, for any reason, Client receives a check from Insurance Company made payable to Client, Client agrees to pay Provider immediately upon receipt of the check. In order to expedite payment to Provider, Client hereby appoints Provider as attorney-in-fact, authorizing Provider to endorse Client's name on Insurance Company checks or drafts, and to deposit Insurance Company checks or drafts for Provider services.

Client agrees to pay Client's deductible in the amount of $ _____ that applies to this claim. If any amounts owing to Provider for Provider services are not covered by insurance, Client agrees to pay those amounts to Provider within fifteen (15) days of Client's receipt of invoice. It is fully understood that Client and its agents, successors, assigns and heirs are personally responsible for any and all deductibles and any costs not covered by insurance. Interest and finance charges will be charged at the maximum allowable by law, or at 1.5% per month, whichever is less, on accounts over thirty (30) days past due. Time is of the essence.

Client agrees that Provider is working for the Client and not Client's insurance company or any agent/adjuster.

Property Owned By: _____

Remarks: _____

I HAVE READ THIS AUTHORIZATION TO PERFORM SERVICES AND DIRECTION OF PAYMENT, INCLUDING THE TERMS AND CONDITIONS OF SERVICE ON THE REVERSE SIDE HEREOF, AND AGREE TO SAME.

Client's Signature: _____    Provider's Signature: _____
Printed Name: Ronald Pisoni    Franchise Legal Name: Storm Team Robbins, LLC dba Storm Team Robbins
Client Reviewed Customer Information Form: ⓎY O N    d/b/a SERVPRO® of: 74 Industrial Park, Dover, NH 03820
Date: _____    Date: 9/14/11    Tax ID: 45-1347460

White: SERVPRO®    Yellow: Claims Professional    Pink: Customer
©SERVPRO® INTELLECTUAL PROPERTY, Inc.    ALL RIGHTS RESERVED    FE-051707 1.0    28000  3/11
Each SERVPRO® Franchise is Independently Owned and Operated.

## Authorization to Perform Services and Direction of Payment
### Terms and Conditions of Service
### READ CAREFULLY
**Note: This Contract includes a limitation of liability and limitation of remedies.**

1. SERVPRO® is one of the largest nationwide Cleaning and Restoration Franchise Systems in the United States. The SERVPRO® Franchise owner identified on the front of this Contract (the "Provider") is an independent contractor who agrees to perform the services identified on the front of this Contract (the "Services"). Client agrees to purchase, receive, and pay for the Services pursuant to the terms and conditions of this Contract. Servpro Industries, Inc., the Franchisor, is not a party to any agreement with Client, is not a guarantor of the Provider's Services, and is not subject to liability arising out of such Services.

2. Provider's performance of the Services is limited by, among other things, the pre-existing conditions and characteristics of the premises, material, fabrics, furniture, and/or other items. PROVIDER EXPRESSLY DISCLAIMS ANY RESPONSIBILITY OR LIABILITY FOR ANY PRE-EXISTING CONDITIONS. Client shall retain responsibility and shall be liable for all effects of and costs necessary to correct such conditions, including, by way of example and not limitation, the conditions identified below:

    (a) Provider may, in its sole discretion, pre-test materials for removability of spots or stains; dye or color fastness; shrinkage; fading; adhesive breakdown; or other problems. It is not always possible to determine these conditions in advance. PROVIDER DOES NOT GUARANTEE SPOT OR STAIN REMOVAL AND COLOR FASTNESS OR PREVENTION OF SHRINKAGE, FADING, OR ADHESIVE BREAKDOWN.

    (b) Provider DOES NOT GUARANTEE that wall and ceiling cleaning will restore the original color to painted surfaces.

    (c) Not all fabrics are conducive to cleaning. Provider shall use reasonable efforts to advise Client of any adverse effects which may be reasonably foreseen due to the nature of the fabric or material involved. PROVIDER DOES NOT GUARANTEE THAT SUCH MATERIALS CAN BE CLEANED OR THAT THERE WILL BE NO ADVERSE EFFECTS FROM ANY ATTEMPT TO CLEAN SUCH FABRICS.

    (d) A variety of materials are used in the manufacturing, upholstery and/or installation process. These materials include backing, lining, tacks, or other unknown substances that may cause discoloration or other adverse effects to the face material. Client acknowledges that it is impossible to determine when such adverse effects may occur and PROVIDER DOES NOT GUARANTEE AGAINST SUCH ADVERSE EFFECTS.

    (e) Client acknowledges and agrees that mold is commonly found throughout the environment and that it is impossible to eradicate mold. PROVIDER DOES NOT GUARANTEE THE REMOVAL OR ERADICATION OF MOLD.

3. PROVIDER SPECIFICALLY DISCLAIMS ANY AND ALL OTHER WARRANTIES AND ALL IMPLIED WARRANTIES (EITHER IN FACT OR BY OPERATION OF LAW) INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING, CUSTOM OR USAGE OF TRADE. THIS CONTRACT PROVIDES FOR THE PROVISION OF SERVICES AND DOES NOT PROVIDE FOR A SALE OF GOODS.

4. **Limitation of Liability:** IN NO EVENT SHALL PROVIDER, ITS OWNERS, ANY OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, FRANCHISOR, OR AFFILIATES BE RESPONSIBLE FOR INDIRECT, SPECIAL, NOMINAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL LOSSES OR DAMAGES, OR FOR ANY PENALTIES, REGARDLESS OF THE LEGAL OR EQUITABLE THEORY ASSERTED, INCLUDING CONTRACT, NEGLIGENCE, WARRANTY, STRICT LIABILITY, STATUTE OR OTHERWISE, EVEN IF IT HAD BEEN AWARE OF THE POSSIBILITY OF SUCH DAMAGES OR THEY ARE FORESEEABLE; OR FOR CLAIMS BY A THIRD PARTY. THE MAXIMUM AGGREGATE LIABILITY SHALL NOT EXCEED THREE TIMES THE AMOUNT PAID BY CUSTOMER FOR THE SERVICES OR ACTUAL PROVEN DAMAGES, WHICHEVER IS LESS. IT IS EXPRESSLY AGREED THAT CUSTOMER'S REMEDY EXPRESSED HEREIN IS CUSTOMER'S EXCLUSIVE REMEDY. THE LIMITATIONS SET FORTH HEREIN SHALL APPLY EVEN IF ANY OTHER REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE. Some states/countries do not allow the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.

5. Should Provider bring legal action to collect monies due under the Contract or should the matter be turned over for collection, Provider shall be entitled, to the fullest extent permitted under law, to reasonable legal fees and costs of any such collection attempt, in addition to any other amounts owed by Client. This attorney fee provision shall not be effective or enforceable in jurisdictions where attorney fee provisions are made reciprocal or invalid by operation of law. Consent is hereby given for filing of mechanic's liens by Provider for the work described in this contract on the property on which the work is performed if Provider is not paid.

6. Any labor, materials or other work beyond that identified in this Contract shall require a written amendment to this Contract and will result in additional charges.

7. Any claim by Client for faulty performance, for nonperformance or breach under this Contract for damages shall be made in writing to Provider within sixty (60) days after completion of services. Failure to make such a written claim for any matter which could have been corrected by Provider shall be deemed a waiver by Client. NO ACTION, REGARDLESS OF FORM, RELATING TO THE SUBJECT MATTER OF THIS CONTRACT MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CLAIMING PARTY KNEW OR SHOULD HAVE KNOWN OF THE CAUSE OF ACTION.

8. A failure of either party to exercise any right provided for herein shall not be deemed to be a waiver of any right hereunder.

9. CLIENT AND PROVIDER EACH WAIVE THEIR RESPECTIVE RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY AND ALL CLAIMS OR CAUSES OF ACTION (INCLUDING COUNTERCLAIMS) RELATED TO OR ARISING OUT OF OR IN ANY WAY CONNECTED TO THIS CONTRACT AND AGREE THAT ANY CLAIM OR CAUSE OF ACTION WILL BE TRIED BY A COURT TRIAL WITHOUT A JURY.

10. If any provision of this Contract is found to be ineffective, unenforceable or illegal for any reason under present or future laws, such provision shall be fully severable, and this Contract shall be construed and enforced as if such provision never comprised a part of this Contract. The remaining provisions of this Contract shall remain in full force and effect and shall not be affected by the ineffective, unenforceable or illegal provision or by its severance from this Contract.

11. No modification, termination, or attempted waiver of this Contract shall be valid unless in writing and signed by the party against whom the same is sought to be enforced.

**SERVPRO® Franchisees are always looking for motivated employees.**
SERVPRO's individually owned and operated franchises offer a variety of positions including crew chief, production technician, marketing representative, administrative assistant and many more.

# EXHIBIT B



# Disaster Recovery Services

## Time & Materials Rate Schedule

2011

# REDACTED



Disaster Recovery Services

## Time and Materials Rate Schedule

### SCHEDULE A - LABOR

**REDACTED**

Provisions Respecting Labor

A.1 Personnel Labor Rates - Rates stated below are per person per hour

A.2 Standard Hours – All labor rates stated above are for the first 40 hours worked in a workweek, beginning on Monday and ending on Sunday, exclusive of holidays

A.3 Non-Standard Hours – The rates for labor performed by all classifications over 40 hours per work week or Saturday or Sunday will be 1.5 times the rates scheduled in Section A.1 above.

A.4 During the course of performing work, Servpro may add additional labor classifications to the schedule above at rates to be determined upon approval

A.5 Travel time for personnel shall be billed at the rates in Section A.1 and A.2

A.6 Work performed under a particular contract that is subject to Federal and State wage and hour laws, prevailing wages, and/or collective bargaining agreements may require negotiated changes to the above stated rates. If needed adjustments will be made to the hourly rates and other labor provisions.

A.7 The scheduled labor rates will be charged for all SERVPRO personnel, Labor crews, and subcontractors meeting any of the Labor Classifications

A.8 After Hours Emergency Services will be billed at 1.5 times the rates scheduled for emergency services performed outside of normal business hours defined as 4:00 pm - 7:00 am on weekdays

| Classification | Code | Hourly Rate |
|---|---|---|
| General Labor | GL | |
| Skilled Labor | SL | |
| Administrative Assistant | AA | |
| Drywall/Finisher/Painter | DP | |
| Carpenter | CR | |
| Restoration/Remediation Technician | RT | |
| Project Accountant | PA | |
| Restoration/Remediation Supervisor | RS | |
| Resource Coordinator | RC | |
| Health & Safety Officer | HS | |
| Assistant Project Manager | AP | |
| Project Manager | PM | |
| Project Director | PD | |
| Project Coordinator | PC | |
| Project Estimator | PE | |
| Technical Consultant/Engineer | TC | |



## SCHEDULE B - CONSUMABLES

**Provisions Respecting Materials**

B.1 The foregoing prices shall be applied to all materials on the schedules above which are utilized in the performance of the work, whether shipped to the site from inventory, shipped directly to the site from suppliers, or purchased locally from either an affiliated or non-affiliated entity. All building materials and construction supplies will be billed at cost plus a markup of ███████████████.

B.2 During the course of performance of the work, Servpro may add additional consumables to the schedule at rates to be determined upon approval.

B.3 Servpro reserves the right to change the rate of consumables affected by market conditions.

| Item # | Description | UOM | Price | Item # | Description | UOM | Price |
|---|---|---|---|---|---|---|---|
| BT10C | Bags - Contractor Trash | Roll | ███ | 399 | SERVPRO® Deodorizer | Gallon | ███ |
| BG13 | Bags - Blown Insulation Machine | Each | ███ | 121 | SERVPRO® Duct Sealer | Gallon | ███ |
| PO8S | Box - Small Packing | Each | ███ | 477 | SERVPRO® Fire Star | Gallon | ███ |
| PO8M | Box - Medium Packing | Each | ███ | SS011 | SERVPRO® Botanical Disinfectant | Gallon | ███ |
| PO8L | Box - Large Packing | Each | ███ | 306 | SERVPRO® Glass Cleaner, Ready-To-Use | Gallon | ███ |
| CS1 | Carpet and Upholstery Cleaner (RTU) | Gallon | ███ | 139 | SERVPRO® Green | Gallon | ███ |
| 4487 | Cleaning Cloth, Muslin | Bag | ███ | 347 | SERVPRO® Industrial Cleaner | Gallon | ███ |
| 4406 | Cleaning Towels | Box | ███ | 963 | SERVPRO® Isopropyl Alcohol | Gallon | ███ |
| CD11 | Containment Doors | Each | ███ | 250 | SERVPRO® Mildew Odor Treatment | Gallon | ███ |
| 70C2 | Dust Mask | Box | ███ | 175 | SERVPRO® Multi-Purpose Glass Cleaner | Can | ███ |
| 9404 | EnviroSHIELD™ ES-90 (White) | Gallon | ███ | 140 | SERVPRO® Orange | Gallon | ███ |
| 9401 | EnviroSHIELD™ ES-100 (Clear) | Gallon | ███ | 300 | SERVPRO® Re-Juv-Nal | Gallon | ███ |
| 754 | Filter - Activated Carbon Filter For AFU | Each | ███ | 4404 | SERVPRO® Sponge Dry Clean | Dozen | ███ |
| 945 | Filter - HEPA for Air Filtration Unit | Each | ███ | 400 | SERVPRO® Stainless Steel Cleaner | Can | ███ |
| 774 | Filter - HEPA for Vacuum | Each | ███ | 273 | SERVPRO® Ultrasonic Cleaning Agent | Gallon | ███ |
| 75643 | Filter - Pre Filter - 1" and 2" Stage | Each | ███ | 332 | SERVPRO® Wall and All Plus | Gallon | ███ |
| RFP1 | Floor Protection (500sf) | Roll | ███ | 339 | SERVPRO® Wall Rinse | Gallon | ███ |
| F184 | Foam/Wood Blocks | Case | ███ | SC101 | Shoe Covers - Latex | Pair | ███ |
| GN1 | Gloves - Latex/Nitrile | Box | ███ | 154 | Sporicidin® | Gallon | ███ |
| | | | | 991 | Spray Bottles | Each | ███ |
| F101 | Lay Flat Poly Tubing - 12 - 31' - 300 LF | Roll | ███ | 3646 | Tack Mats | Each | ███ |
| P, FP | Lay Flat Poly Tubing - 32 - 60' - 200 LF | Roll | ███ | 3103 | Tape - Adhesive Reflective Caution | Roll | ███ |
| 152 | UDF - 300 (Part A & B) - MODEC | Gallon | ███ | D835 | Tape - Double Sided | Roll | ███ |
| MP101 | Mop Head (Cotton) | Each | ███ | T90 | Tape - Duct/Packing | Roll | ███ |
| P911 | Plastic Sheeting - 1.5 MIL 20 X 200 | Roll | ███ | TP2 | Tape - Masking/Paint | Roll | ███ |
| P54 | Plastic Sheeting - 6 Mil 20 X 100 | Roll | ███ | TYK | Tyvek Coverall - Hood-Boot | Each | ███ |
| 7916 | Respirator Cartridge P100 Organic Vpr | Pair | ███ | BT73 | Vacuum Bags - HEPA | Each | ███ |
| C2 | SERVPRO® Bright-N-Neutral Cleaner | Gallon | ███ | V930 | Vaporshine | Gallon | ███ |
| 442 | SERVPRO® Coil Cleaner | Can | ███ | ZS04 | Zip Ties | Bag | ███ |





## SCHEDULE C - EQUIPMENT

**Provisions Respecting Equipment**

C.1 Scheduled Equipment - The daily rental rate shall be charged for each day or portion thereof during which the equipment is used to perform work, regardless of the number of shifts on which the equipment is used during the day

C.2 During the course of performance of the work, Servpro may add additional equipment to the schedule at rates to be determined upon approval

C.3 Rented Equipment listed in the equipment schedule below, specifically for use in performing work will be billed as below or on a basis of cost plus a markup of ten & ten percent (10% & 10%)

C.4 Small hand tools will be invoiced at 3% total labor rate

The following rates apply to equipment that is owned by and utilized in the performance of the work (whether supplied from inventory or specially purchased for performance of the work).

| Item # | Equipment Description | UOM | Price | Item # | Equipment Description | UOM | Price |
|---|---|---|---|---|---|---|---|
| AC185 | Air Compressor & Hoses | Day | | HC | HVAC Cleaning Machine | Day | |
| CR1 | Cable Ramps | Day | | IC | Infrared Camera | Day | |
| CSU | Cleaning Station- Ultrasonic | Day | | LT-DE | Light Stand (tripod)- Commercial | Day | |
| CBDU | Cryoblasting In-Line Drying Unit | Day | | MBW | Mop Bucket & Wringer Assembly | Day | |
| CBU | Cryoblasting Machine | Day | | MMCH | Moisture Meter- Content/Hygrometer | Day | |
| 374 | Dehumidifier - LGR Commercial | Day | | 7C8 | Negative Air Machine (small) | Day | |
| DD411 | Desiccant Dehumidifier- 1,000 CFM | Day | | 804 | Negative Air Machine (large) | Day | |
| DDH3 | Desiccant Dehumidifier- 3,000 CFM | Day | | OFM | Orbital Floor Machine (Electric) | Day | |
| DDH5 | Desiccant Dehumidifier- 5,000 CFM | Day | | PFP1 | Personal Fall Protection | Day | |
| DDH15 | Desiccant Dehumidifier 15,000 CFM | Day | | PDB3 | Power Distribution Box- 50A | Day | |
| 839 | Dry Force Inventory (Wall Cavity) | Day | | GPD | Power Distribution Box – 100-200 Amps | Day | |
| DX1 | DX Unit- 1 Ton (portable) | Day | | PHT | Power Tool Set | Day | |
| DX10 | DX Unit - 10 Ton | Day | | SPWR | Pressure Washer (Gas) | Day | |
| DX20 | DX Unit - 20 Ton | Day | | PWE | Pressure Washer (Electric) | Day | |
| DX25 | DX Unit- 25 Ton | Day | | 782 | Pump (Trash w/hose) | Day | |
| DX40 | DX Unit - 40 Ton | Day | | 5615 | Quality Control Kit (Scientific Instruments) | Day | |
| 733 | Extractor- Truck Mount Carpet Machine | Hour | | RD | Radio- 2 Way Communication | Day | |
| 787 | Extractor - Portable Industrial | Day | | 860 | Rescue Mat System (Hardwood Floors/4 mats) | Day | |
| PGR | Generator (Portable) | Day | | 7815 | Respirator- Half or Full Face | Each | |
| GP | Generator 15 - 30 KW | Day | | RBS | Scaffolding – Baker (each section) | Day | |
| G50K | Generator- 30-50 KW | Day | | SPAS | Sprayer – Commercial Airless | Day | |
| G100K | Generator – 60-125 KW | Day | | DTMT | TM Truck | Day | |
| G175 | Generator- 150-200 KW | Day | | 803 | Vapor Shark (Non-Ozone) | Day | |
| G275 | Generator- 250-350 KW | Day | | 99100 | Vehicle- Auto/Pick up/Utility Van | Day | |
| GDPC | Generator Cable - 5 Band | Day | | 35003 | Vehicle- Box Truck | Day | |
| GAO | Generator- Activated Oxygen | Day | | MOBC | Vehicle- Mobile Command Center | Day | |
| HT | Hand Tools | Job | | OSRT | Vehicle- On-Site Recovery Trailer (53') | Day | |
| 708 | High Speed Air Mover | Day | | PSW | Washer- Pressure Steam | Day | |
| HOBO | HOBO Remote Monitoring Unit | Day | | VI | Vacuum Insulation | Day | |
| HECU | Humidifier- Evaporative Cooling Unit | Day | | VCH | Vacuum- HEPA w/attachments Commercial | Day | |
| | | | | VWDC | Vacuum- Wet/Dry Industrial | Day | |

# REDACTED



## SCHEDULE D - Incurred Costs

**Provisions Respecting Incurred Costs**

**D.1 Contractors**

_____ profit will be added to compensation total of all documented expenses for Unscheduled Equipment, Unscheduled Materials and Subcontractors/Vendors which are not identified in Schedule A- Labor

**D.2 Lodging and Per Diem**
Servpro will bill for costs incurred for lodging and per diems for employees assigned to the work per the prevailing Government Service Administration rates as posted on their web site www.GSA.GOV, such items will incur a markup of _____

**D.3 Freight/Transportation and Other Charges**
Servpro shall be compensated for cost incurred for the transportation of people, equipment, supplies and materials to and from the site of work and for other job related charges not listed in the sections above on the basis of cost plus markup of _____

**D.4 Taxes and Permits**
The rates contained in this schedule are exclusive of federal, state and local sales or use taxes and any applicable federal, state or local approvals, consents, permits, licenses and orders incident to performance of the work. Provider shall be compensated for all costs incurred which are described above on the basis of cost plus a markup of _____ During catastrophe-like situations _____ will be added to the invoice to offset all extra expenses incurred thatb are not otherwise invoiced

---

Client agrees that Provider is working for the Client and not Client's Insurance company or any agent/adjuster.

X _____  
Client's Signature        Date

X _____  
Provider's Signature        Date

Printed Name _____

Franchise Legal Name _____

Address _____

( ) corporation ( ) LLC ( ) partnership ( ) LLP ( ) sole proprietorship
d/b/a SERVPRO _____